# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**  **Category No.** II  **Investigating Agency** DEA

**City** Lawrence  **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Juan Carlos Lugo Gonzalez  **Juvenile:** ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State)

**Birth date (Yr only):** 1979  **SSN (last4#):** _____  **Sex** M  **Race:** H  **Nationality:** Dominican

**Defense Counsel if known:** _____  **Address** _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** Evan Panich, John Wray  **Bar Number if applicable** _____

**Interpreter:** ☑ Yes ☐ No  **List language and/or dialect:** Spanish

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☑ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

## Location Status:

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 02/26/2025  **Signature of AUSA:** /s/ Evan Panich

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Juan Carlos Lugo Gonzalez

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956 | Money Laundering | 1 |
| Set 2 | 42 U.S.C. § 408(a)(7)(B) | False Representation of a Social Security Number | 2 |
| Set 3 | 18 U.S.C. § 1028A | Aggravated Identity Theft | 3 |
| Set 4 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____